Francisco A. Suárez Pelegrina, peticionario apelado, *v.* Mercedes Margarita y José Simeón Ponce, interventores apelantes.

No. 5126.—*Sometido:* Abril 22, 1930. *Resuelto:* Mayo 29, 1931.

*José Veray Jr.,* abogado de los apelantes; *Mariano R. Acosta* y *Luis A. Rosario,* abogados del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Se trata de un caso en que la Corte de Distrito de Aguadilla resolvió que los hijos adoptivos no tenían derechos hereditarios. Toda la cuestión ha sido suficientemente cubierta por la opinión y sentencia dictadas en el caso de *Rosaura née Ortiz et al.* v. *Lluberas Rodríguez,* No. 5457, resuelto en esta misma fecha, y *la sentencia apelada debe ser revocada.*

El Juez Asociado Señor Aldrey no intervino.